No. 706.  COOPER ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Robert A. Scardino* for petitioners.  *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 724.  TEXAS *v.* RECONSTRUCTION FINANCE CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.  *John Ben Shepperd,* Attorney General of Texas, and *W. V. Geppert* and *L. P. Lollar,* Assistant Attorneys General, for petitioner.  *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for respondents.

No. 733.  WESTERN MARYLAND RAILWAY CO. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  *William C. Purnell* for petitioner.  *Solicitor General Sobeloff, Assistant Attorney General Rice, Harry Baum* and *Philip R. Miller* for the United States.

No. 734.  TATINCLOUX ET AL. *v.* COMMISSIONER OF PATENTS.  United States Court of Customs and Patent Appeals.  Certiorari denied.  *John L. Seymour* for petitioners.  *Solicitor General Sobeloff, Assistant Attorney General Burger, John R. Benney* and *Melvin Richter* for respondent.

No. 735.  DAVIS ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  *Frederick A. Ballard* and *Joseph W. Wyatt* for petitioners.  *Solicitor General Sobeloff, Assistant Attorney General Morton, Roger P. Marquis* and *S. Billingsley Hill* for the United States.